IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ 22-22-BU-KLD |
|---|---|
| Two (2) DNA Buccal Swabs from the person of Gregory Dean Shideler, DOB 09/09/1951 | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application for a Search Warrant, Search Warrant, and Affidavit in support of Search Warrant filed herein, are hereby UNSEALED.

DATED this 16th day of May 2022.

*Kathleen DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge