IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>TWO (2) DNA BUCCAL SWABS FROM THE PERSON OF GREGORY DEAN SHIDELER, DOB 1951 | MJ 22-22-BU-KLD<br><br>ORDER REPLACING UNSEALED SEARCH WARRANT DOCUMENTS WITH REDACTED VERSIONS |

Upon motion of the United States and for good cause shown, IT IS ORDERED that the Clerk of Court replace the unsealed search warrant documents in the above matter with the redacted versions provided by the United States.  IT IS FURTHER ORDERED that the Clerk of Court remove Mr. Shideler's month and day of birth from the title in the Court's docket.

DATED this 19th day of May, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1