IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Two (2) DNA Buccal Swabs from the person of Gregory Dean Shideler, DOB xx/xx/1951 | MJ 22-22-BU-KLD<br><br>ORDER |

    The United States has submitted a motion seeking a seventh extension to the time in which the search warrant issued on May 11, 2022, can be executed. The Court previously granted the United States' first motion to extend time to execute the search warrant, (Doc. 10), its second motion to extend time to execute the search warrant, (Doc. 12), its third motion to extend the time to execute the search warrant, (Doc. 14), its fourth motion to extend the time to execute the search warrant, (Doc. 16), its fifth motion to extend the time to execute the search warrant (Doc. 18), and its sixth motion to extend the time to execute the search warrant (Doc. 20). At present, the search warrant will expire after August 17, 2022.

    The United States requests this Court authorize an additional two-weeks in which to execute the warrant so that it may continue to litigate a motion to compel in the District Court in an effort to enforce compliance with the search warrant. In support of the motion, the United States has submitted an unsworn declaration,

subject to penalty of perjury, from FBI Special Agent Matthew Deurmeier explaining the reasons for delay in execution as well as a copy of the pending motion.

The Court finds that both the original sworn affidavit in support of the application for search warrant, (Doc. 3-1), as well as the first unsworn declaration in support of the government's motion for extension of time, (Doc. 9-1), the second unsworn declaration in support of the government's motion for extension of time, (Doc. 11-2), the third unsworn declaration in support of the government's motion for extension of time, (Doc. 13-1), the fourth unsworn declaration, (Doc. 15-1) the fifth unsworn declaration, (Doc. 17-1), the sixth unsworn declaration, (Doc. 19-1) and the seventh unsworn declaration, <u>Govt Exhibit 1</u>, as well as Special Agent Deurmeier's testimony at the detention hearing Cause Number CR 22-21-BU-DLC on May 17, 2022, all provide adequate support for the motion.  Therefore,

IT IS HEREBY ORDERED that United States' motion to extend the time to execute the search warrant issued on May 11, 2022, is GRANTED.

//

//

//

//

The government shall execute the search warrant issued on May 11, 2022, (Doc. 4), on or before August 31, 2022.  A copy of this order shall be maintained with the warrant and provided to the subject at the time of its execution.

DATED this 17th day of August 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge