IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Searching of:<br><br>Two (2) DNA Buccal Swabs from the person of Gregory Dean Shideler, DOB 1951 | **MJ-22-022-M-KLD**<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this ___4th___ day of October, 2022.

Honorable Kathleen L. Desoto
Magistrate Judge